IN THE SUPREME COURT OF THE STATE OF NEVADA

ALI SHAHROKHI,
                        Appellant,
                vs.
KIZZY BURROW,
                        Respondent.

No. 83662

FILED

OCT 28 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a series of orders entered by the district court. Eighth Judicial District Court, Family Court Division, Clark County; Dawn Throne, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to disqualify the presiding judge, an order denying motion for sanctions pursuant to NRCP 11, or from an order denying a "Demand for Bill of Particulars and Cause of Accusation U.S.

21-31077

Constitution 6th Amendment." This court lacks jurisdiction over any of the appealed orders and therefore

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. Dawn Throne, District Judge, Family Court Division
      Ali Shahrokhi
      Marzola & Ruiz Law Group PLLC
      Kizzy Burrow
      Eighth District Court Clerk

---

[1]The motion to withdraw as counsel of record for respondent is granted.